UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AUSTIN MATTHEW READ, a single person,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GRANT COUNTY, GRANT COUNTY SHERIFF TOM JONES, YAKIMA COUNTY, YAKIMA COUNTY SHERIFF ROBERT UDELL, DETECTIVE SERGEANT MIKE CROWDER, DETECTIVE RAMON LOPES, DETECTIVE MATT MESSER, DETECTIVE JESUS ROJAS, DEPUTY ROBERT HARRIS and DETECTIVE BRAD MARTIN,<br><br>　　　　　　　　　Defendants. | NO: 2:19-CV-0220-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion to Dismiss Defendant Detective Brad Martin only Without Prejudice (ECF No. 28). Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

absolute right to voluntarily dismiss this defendant from the case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter against Defendant Detective Brad Martin only, are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and terminate Defendant Detective Brad Martin from the docket.

**DATED** September 3, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2