UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AUSTIN MATTHEW READ, a single person,<br><br>                  Plaintiff,<br><br>  v.<br><br>GRANT COUNTY, GRANT COUNTY SHERIFF TOM JONES, YAKIMA COUNTY, YAKIMA COUNTY SHERIFF ROBERT UDELL, DETECTIVE SERGEANT MIKE CROWDER, DETECTIVE RAMON LOPES, DETECTIVE MATT MESSER, DETECTIVE JESUS ROJAS, and DEPUTY ROBERT HARRIS,<br>                  Defendants. | NO: 2:19-CV-0220-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the Parties' Stipulated Motion for Dismissal. ECF No. 36.  The parties represent that the above-entitled action has been fully settled and resolved and agree that it should be dismissed with prejudice and

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

without attorney's fees or costs to any party. The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without attorney's fees or costs to any party.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED January 20, 2021.



                    THOMAS O. RICE
               United States District Judge